# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ALYSSA BALLY and COURTNEY MAHARAJ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>DREAMS CABARET, LLC et al.,<br>    Defendants. | § § § § § § § § § § § | EP-17-CV-30-DB |

## ORDER

On this day, the Court considered Plaintiffs Alyssa Bally and Courtney Maharaj's, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs") "Motion for Attorney's Fees and Costs and for Entry of Final Judgment" ("Motion"), filed in the above-captioned case on March 11, 2019. Therein, Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted.

Pursuant to Local Rule CV-7(e)(2), "[a] response to a nondispositive motion [must] be filed not later than 7 days after the filing of the motion." Further, if "no response [is] filed within the time period prescribed by this rule, the Court may grant the motion as unopposed." For purposes of Local Rule CV-7, a nondispositive motion is anything other than a dispositive motion, which is defined as a "a motion to dismiss, a motion for judgment on the pleadings, a motion for summary judgment or partial summary judgment, a motion for new trial, or a motion for judgment as a matter of law."

Under this rule, Defendants Jose Fong, Dreams Cabaret, LLC, Fion Sunrise, LLC, and Fong Sunrise, LLC's (collectively, "Defendants") Response to Plaintiffs' Motion was due on

March 18, 2019. As of this day, Defendants have not filed a Response in this Court. Accordingly, the Court is of the opinion that the following order should enter.

**IT IS HEREBY ORDERED** that Plaintiffs Alyssa Bally and Courtney Maharaj's, on behalf of themselves and all others similarly situated, "Motion for Attorney's Fees and Costs and for Entry of Final Judgment" is **GRANTED AS UNOPPOSED**.

**SIGNED** this **19th** day of **March 2019**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**