IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2019 MAR 19  PM 4: 16

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| ALYSSA BALLY and COURTNEY MAHARAJ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>DREAMS CABARET, LLC et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-17-CV-30-DB |

## FINAL JUDGMENT

On this day, the Court issued an order granting Plaintiffs Alyssa Bally and Courtney Maharaj's, on behalf of themselves and all others similarly situated, "Motion for Attorney's Fees and Costs and for Entry of Final Judgment."   The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this **19th** day of **March 2019**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE