IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALYSSA BALLY and COURTNEY MAHARAJ, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>DREAMS CABARET, LLC et al.,<br>Defendants. | § § § § § § § § § § § § | EP-17-CV-30-DB |

## AMENDED FINAL JUDGMENT

This action was tried by the Court without a jury. Following the "Findings of Fact" (ECF No. 90), the "Conclusions of Law" (ECF 91), and the Court's Order granting Plaintiffs Alyssa Bally and Courtney Maharaj's, on behalf of themselves and all others similarly situated, "Motion for Attorney's Fees and Costs" (ECF No. 93), the Court finds that an amended final judgment should be entered against Defendants Jose Fong, Dreams Cabaret, LLC, Fion Sunrise, LLC, and Fong Sunrise, LLC.

Accordingly, **IT IS HEREBY ORDERED** that judgment is awarded against Defendants Jose Fong, Dreams Cabaret, LLC, Fion Sunrise, LLC, and Fong Sunrise, LLC—jointly and severally—in favor of Plaintiffs Alyssa Bally and Courtney Maharaj, on behalf of themselves and all others similarly situated, in the following amounts:

(1) **Alyssa Bally**: $14,790.00;

(2) **Brittany Chavez**: $2,177.18;

(3) **Alejandra Galvan**: $20,164.86;

(4) **Courtney Maharaj**: $11,335.67;

(5) **Maria Ochoa**: $12,865.58;

(6) **Jacquelyn Roberts**: $12,104.17;

(7) **$111,084.50** in attorney's fees to The Morales Firm, P.C.;

(8) **$3,940.05** in costs of court to The Morales Firm, P.C.; and

(9) **$3,004.66** in reasonable expenses to The Morales Firm, P.C.

**IT IS FURTHER ORDERED** that judgment rendered herein shall bear the interest rate calculated pursuant to 28 U.S.C. § 1961.

**SIGNED** this **21st** day of **March 2019**.

                                            **THE HONORABLE DAVID BRIONES**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**