IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALYSSA BALLY AND COURTNEY MAHARAJ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs,*<br><br>V.<br><br>FONG SUNRISE, L.L.C., D/B/A DREAMS CABARET, FION SUNRISE, L.L.C., D/B/A DREAMS CABARET, AND JOSE FONG,<br><br>*Defendants.* | Civ. No. 3:17-cv-30-DB |

## ABSTRACT OF JUDGMENT

I, __JEANNETTE J CLACK__, CLERK, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, El Paso Division, in civil cause of action number 3:17-cv-30-DB, styled Alyssa Bally and Courtney Maharaj, on behalf of themselves and all others similarly situated v. Fong Sunrise, L.L.C., d/b/a Dreams Cabaret, Fion Sunrise, L.L.C., d/b/a Dreams Cabaret and Jose Fong, said Plaintiffs recovered judgment against the Defendants jointly and severally.

THAT the judgment was rendered by said Court on the 21st day of March, 2019, in favor of the following Plaintiffs in the following amounts:

1. **Alyssa Bally**, in the sum of $14,790.00;
2. **Brittany Chavez**, in the sum of $2,177.18;
3. **Alejandra Galvan**, in the sum of $20,164.86;

4. **Courtney Maharaj**, in the sum of $11,335.67;

5. **Maria Ochoa**, in the sum of $12,865.58; and

6. **Jacquelyn Roberts**, in the sum of $12,104.17,

for a total award of **$73,437.46** against Defendants, jointly and severally, with interest accruing at the rate of 2.52 % per annum from March 21, 2019, until paid.

THAT the judgment also included costs of court, attorney's fees, and reasonable expenses against the Defendants, jointly and severally, in the following amounts:

7. **$111,084.50** in attorney's fees to The Morales Firm, P.C.;

8. **$3,940.05** in costs of court to The Morales Firm, P.C.; and

9. **$3,004.66** in reasonable expenses to The Morales Firm, P.C.

THAT said judgment is entitled to the following credits: ∅ .

WITNESS my official signature and SEAL of this Court, in the City of El Paso, State of Texas, this the 9th day of April, 2019.

JEANNETTE J CLACK
_____, CLERK
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

[seal]

BY: _____
**DEPUTY CLERK**