RECEIVED

APR 12 2019

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2019 APR 17 AM 8: 57

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY

| | | |
|---|---|---|
| ALYSSA BALLY AND COURTNEY MAHARAJ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Civ. No. 3:17-cv-30-DB |
| FONG SUNRISE, L.L.C., D/B/A DREAMS CABARET, FION SUNRISE, L.L.C., D/B/A DREAMS CABARET, AND JOSE FONG, | § § § § § § | |
| *Defendants.* | § | |

## WRIT OF EXECUTION

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 21st day of March, A.D., 2019 in a cause styled as above, judgment was rendered in this Court in favor of **Alyssa Bally, Brittany Chavez, Alejandra Galvan, Courtney Maharaj, Maria Ochoa, Jacquelyn Roberts, and The Morales Firm, P.C.** (the "Judgment Creditors") against **Fion Sunrise, L.L.C., d/b/a Dreams Cabaret** (the "Judgment Debtor") for the sum of **$191,466.67** with interest thereon at the rate of **2.52 percent** per annum from the 21st day of March, A.D., 2019 until paid;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said Judgment Debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at El Paso, Texas, this _17_ day of _April_ , 2019.

JEANNETTE J CLACK
_____
**JEANNETTE J CLACK, CLERK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

BY: _____

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, *Lawrence Morales II*, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this 10th day of April, 2019.

Signature:

Capacity: Counsel for Plaintiffs/Judgment
Lawrence Morales II
The Morales Firm, P.C.
6243 IH 10 West, Suite 132
San Antonio, Texas 78201
(210) 225-0811

THE STATE OF TEXAS           §
COUNTY OF BEXAR              §

BEFORE ME, the undersigned authority, on this day personally appeared Lawrence Morales II, known by me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO before me on *April 10,*_____, 2019.

Notary Public in and for
The State of Texas

LAURA LILIANA PALACIOS
Notary ID #131216423
My Commission Expires
July 20, 2021

## MARSHAL'S RETURN

Received this writ at _____, on _____
And executed as follows:

UNITED STATES MARSHAL
By: _____
Deputy Marshal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ALYSSA BALLY and COURTNEY** | § | |
| **MAHARAJ, on behalf of themselves** | § | |
| **and all others similarly situated,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **EP-17-CV-30-DB** |
| | § | |
| **DREAMS CABARET, LLC** | § | |
| **et al.,** | § | |
| **Defendants.** | § | |

## AMENDED FINAL JUDGMENT

This action was tried by the Court without a jury.   Following the "Findings of Fact" (ECF No. 90), the "Conclusions of Law" (ECF 91), and the Court's Order granting Plaintiffs Alyssa Bally and Courtney Maharaj's, on behalf of themselves and all others similarly situated, "Motion for Attorney's Fees and Costs" (ECF No. 93), the Court finds that an amended final judgment should be entered against Defendants Jose Fong, Dreams Cabaret, LLC, Fion Sunrise, LLC, and Fong Sunrise, LLC.

Accordingly, **IT IS HEREBY ORDERED** that judgment is awarded against Defendants Jose Fong, Dreams Cabaret, LLC, Fion Sunrise, LLC, and Fong Sunrise, LLC—jointly and severally—in favor of Plaintiffs Alyssa Bally and Courtney Maharaj, on behalf of themselves and all others similarly situated, in the following amounts:

(1) **Alyssa Bally**: $14,790.00;

(2) **Brittany Chavez**: $2,177.18;

(3) **Alejandra Galvan**: $20,164.86;

(4) **Courtney Maharaj**: $11,335.67;

(5) **Maria Ochoa**: $12,865.58;

(6) **Jacquelyn Roberts**: $12,104.17;

(7) **$111,084.50** in attorney's fees to The Morales Firm, P.C.;

(8) **$3,940.05** in costs of court to The Morales Firm, P.C.; and

(9) **$3,004.66** in reasonable expenses to The Morales Firm, P.C.

**IT IS FURTHER ORDERED** that judgment rendered herein shall bear the

interest rate calculated pursuant to 28 U.S.C. § 1961.

**SIGNED** this **21st** day of **March 2019**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALYSSA BALLY AND COURTNEY MAHARAJ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Civ. No. 3:17-cv-30-DB |
| FONG SUNRISE, L.L.C., D/B/A DREAMS CABARET, FION SUNRISE, L.L.C., D/B/A DREAMS CABARET, AND JOSE FONG, | § § § § § | |
| *Defendants.* | § § | |

## ABSTRACT OF JUDGMENT

I, _____**JEANNETTE J CLACK**_____, CLERK, United States District

Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, El Paso

Division, in civil cause of action number 3:17-cv-30-DB, styled Alyssa Bally and Courtney

Maharaj, on behalf of themselves and all others similarly situated v. Fong Sunrise, L.L.C., d/b/a

Dreams Cabaret, Fion Sunrise, L.L.C., d/b/a Dreams Cabaret and Jose Fong, said Plaintiffs

recovered judgment against the Defendants jointly and severally.

THAT the judgment was rendered by said Court on the 21st day of March, 2019, in favor

of the following Plaintiffs in the following amounts:

1. **Alyssa Bally**, in the sum of $14,790.00;

2. **Brittany Chavez**, in the sum of $2,177.18;

3. **Alejandra Galvan**, in the sum of $20,164.86;

    4.  **Courtney Maharaj**, in the sum of $11,335.67;

    5.  **Maria Ochoa**, in the sum of $12,865.58; and

    6.  **Jacquelyn Roberts**, in the sum of $12,104.17,

for a total award of **$73,437.46** against Defendants, jointly and severally, with interest accruing at the rate of 2.52 % per annum from March 21, 2019, until paid.

THAT the judgment also included costs of court, attorney's fees, and reasonable expenses against the Defendants, jointly and severally, in the following amounts:

    7.  **$111,084.50** in attorney's fees to The Morales Firm, P.C.;

    8.  **$3,940.05** in costs of court to The Morales Firm, P.C.; and

    9.  **$3,004.66** in reasonable expenses to The Morales Firm, P.C.

THAT said judgment is entitled to the following credits: ___Ø___.

WITNESS my official signature and SEAL of this Court, in the City of El Paso, State of Texas, this the 9th day of April, 2019.

JEANNETTE J CLACK
_____, **CLERK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

[seal]

**BY:** _____
**DEPUTY CLERK**